

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00130-CV

MAHMOUD ABDALLA            APPELLANT

V.

FARMERS INSURANCE            APPELLEE
EXCHANGE

-----------

#### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 017-269661-13

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On July 5, 2018, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant filed with the court within ten days an appellant's brief and a motion reasonably explaining the failure to file an appellant's brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED:  August 2, 2018